# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

**UNITED STATES OF AMERICA**               Case No.: 3:19−cr−00141−SI
    Plaintiff,

**v.**

**ONWUEMERIE OGOR GIFT, et al.**
    Defendant.

## Criminal Case Assignment Order

**1.** **Presiding Judge:** The above referenced case has been filed in the of the U.S. District Court for the District of Oregon and assigned to:

> Presiding Judge . . . . . . . . . . . . . . . . . . . . . . . . Hon. Michael H. Simon
> Presiding Judge's Suffix Code* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . SI
>
> *These letters must follow the case number on all future filings.

**2.** **Courtroom Deputy Clerk:** Questions about the status or scheduling of this case should be directed to:

> Mary Austad
> Telephone:  503−326−8034
> Email:  mary_austad@ord.uscourts.gov

**3.** **Case Administrator/Docket Clerk:** Questions about filings or docket entries in this case should be directed to:

**4.** **Place of Filing:** Any paper filings must be submitted to the Clerk of Court, (*See* LR 3−1, LR 5−5.)

**5.** **District Court Website:** Information about local rules of practice, CM/ECF electronic filing requirements, responsibility to redact personal identifiers from filings, and other related information can be found on the Court's website at ord.uscourts.gov.

**DATED:  April 18, 2019**               **MARY L. MORAN**
                                                        **Clerk of Court**

                                      by: /s/ P. Scheneman
                                            P. Scheneman, Deputy Clerk